UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | M.J. 05-M-223-JLA |
| | ) | |
| Avery Hardy | ) | |

### ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on April 13, 2005 in Boston, Massachusetts by the United States Marshals on an arrest warrant issued on April 8, 2005 by the United States District Court for the Middle District of Georgia.

At an initial appearance held before me on April 13, 2005, Avery Hardy appeared before me and agreed that he is the person named in the arrest warrant and waived his right to an identity and removal hearing, and consented to an order detaining him for the purposes of removing him to the Middle District of Georgia.

**IT IS THEREFORE ORDERED** that Avery Hardy be, and hereby is, REMOVED to the Middle District of Georgia and, further, that Avery Hardy appear before the United States District Court of the Middle District of Georgia at Albany, Georgia, on the date directed by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, Middle District of Georgia.

HON. JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: 4/15/05