AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

*Avery Hardy*

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ05-mj-223JLA

I, *Avery Hardy*, charged in a (complaint) (petition) pending in ~~this District~~ with *U.S.D.C. Middle Dist. of Georgia (Albany)* in violation of Title *21 USC §841( )*, U.S. *841(b)(1)(A)(iii)*, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*Avery Hardy*
Defendant

4/13/05
Date

*[signature]*
Counsel for Defendant