UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. |
| ) | |
| AVERY HARDY, a/k/a ) | |
| "ERIC HARDY" ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Kevin Roche, Deputy United States Marshal, United States Marshal Service, do hereby make oath before the Honorable Joyce London Alexander, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Avery Hardy, on a complaint filed in the Middle District of Georgia charging the defendant with conspiracy to distribute, and to possess with intent to distribute, cocaine base, in violation of 21 U.S.C § 841(a)(1) and 841(b)(1)(a)(iii), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.  A copy of said warrant is attached.

_____
KEVIN ROCHE
Deputy U.S. Marshal
U.S. Marshal's Service

Subscribed and sworn to before me this 13 day of April , 2005.

_____
JOYCE LONDON ALEXANDER
United States Magistrate Judge